UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN HARRIS,<br><br>             Plaintiff,<br><br>     v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>             Defendant. | Case No.:  14-cv-03434-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: John Hannon
Defendant's Attorney: Marjie Barrows

An initial case management conference was held on April 1, 2015.  A further case management conference is set for July 22, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by July 15, 2015.

The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: June 1, 2015

DEADLINE TO COMPLETE MEDIATION: May 13, 2015. The parties shall file a joint settlement status update by May 22, 2015.

FACT DISCOVERY CUTOFF: November 2, 2015

EXPERT DISCOVERY:
    Plaintiff's Reports: November 16, 2015

1

Case No.: 14-cv-03434-LHK
CASE MANAGEMENT ORDER

Defendant's Reports: December 16, 2015
Close of Expert Discovery: February 1, 2016

DISPOSITIVE MOTIONS shall be filed by February 18, 2016, and set for hearing no later than March 31, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: June 6, 2016, at 1:30 p.m.

JURY TRIAL: June 27, 2016 at 9:00 a.m.  Trial is expected to last 3 days.

**IT IS SO ORDERED.**

Dated: April 1, 2015

_____
LUCY H. KOH
United States District Judge